07-61058.or4

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 07-61058-CIV-COOKE/BROWN

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

NATIONS INVESTMENTS, LLC,

    Defendant,

and

SULAIMAN "SAL" HUSAIN and
SAMMY JOE GOLDMAN,

    Relief Defendants.
_____/

## ORDER STRIKING RESPONSE TO SUPPLEMENTAL MEMORANDA

**THIS MATTER** is before the Court on Relief Defendants' Response to Supplemental Memoranda..., filed October 24, 2007. The Court has considered same and all pertinent materials in the file.

Relief Defendants are playing "fast and loose" with their filings and it is not appreciated by the Court. Initially, they raise the issue of tenancy by the entireties, for the very first time, in the supplemental brief filing as ordered by the Court ... on a different issue. The Court allowed this but also allowed plaintiff and the receiver to address this new issue. They did. Now Relief Defendants, without any permission from the Court, not only file a response that is not authorized, but attempt to introduce new evidence as well ... and on the very issue THEY raised initially, without permission

and without any factual support in the record (at that time).

Additionally, the "evidence" is not authenticated, not even accompanied by an affidavit, and is not of certified copies.

Therefore, and the Court being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said response and the exhibits attached thereto are hereby **STRICKEN** from the record.

**DONE AND ORDERED** this 26th day of October, 2007 at Miami, Florida.

s/ Stephen T. Brown
STEPHEN T. BROWN
UNITED STATES MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
Counsel and parties of record