07-61058.or1

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 07-61058-CIV-COOKE/BROWN

COMMODITY FUTURES TRADING
COMMISSION,

    Plaintiff,

vs.

NATIONS INVESTMENTS, LLC,

    Defendant,

and

SULAIMAN "SAL" HUSAIN and
SAMMY JOE GOLDMAN,

    Relief Defendants.
_____/

## ORDER RE: WRITTEN SUBMISSION ON ORDER TO SHOW CAUSE

**THIS MATTER** is before the Court on Plaintiff's Written Submission on Order to Show Cause(DE 119). The Court has considered the submission and all pertinent materials in the file.

After reviewing the submission, the Court concludes that plaintiff's counsel would be well advised to follow the idiom that says "practice law practically first, and legally second". The submission makes no common sense. For example, at page 7 of the submission counsel states "at the time of the filing of the Motion [to Compel - which led to the order to show cause] Plaintiff's counsel honestly believed there was a possibility that the parties would, and could, agree to forego further discovery." Then why was the motion filed? This "possibility" should have been explored before the filing of the motion. There was no deadline referred to as a reason the motion had to be

filed when it was.

Secondly, although counsel addresses - for the first time- (D.E. 86), this too makes no sense. Counsel correctly suggests that the new order does not mandate a new discovery schedule... "if the parties agree". Does counsel really suggest to this Court that in the absence of some settlement, the relief defendants and the new defendants would simply agree to no further discovery for the heck of it?

Besides making no sense, these suggestions dramatically conflict with the dastardly portrait painted of defendants and counsel in this very same submission. Plaintiff suggests that there might have been an agreement reached whereby plaintiff would forego further discovery if relief defendants would likewise agree - an intelligent suggestion - but one that should have been made/explored before the motion was filed. That's exactly why we have Local Rule 7.1.A.3.

While this Court will accept that counsel filed this motion without malice or bad faith, it was still an improper and - at the very least - a highly unnecessary motion. However, given the current status of this case, at this time no sanctions will be imposed.

**DONE AND ORDERED** this 8th day of April, 2008 at Miami, Florida.

STEPHEN T. BROWN
U.S. MAGISTRATE JUDGE

cc: Honorable Marcia G. Cooke
counsel and parties of record

2